United States District Court
Northern District of California

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

ALBERT B. KIM,
Plaintiff,
v.
CITY OF CAMPBELL,
Defendant.

Case No. 5:26-cv-10470 NC

**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable Virginia K. DeMarchi for consideration of whether the case is related to 5:26-cv-10469 VKD, *Albert B. Kim v. Officer Jose Talamantes, et al.*

Dated: November 10, 2026

NATHANAEL M. COUSINS
United States Magistrate Judge